IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROLYN M. DAVIS, ) | Case. No. 4:06CV3291 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| COMMISSIONER OF THE SOCIAL ) | |
| SECURITY ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Plaintiff's motion for leave to file a reply brief. The court finds that leave should be granted.

IT IS ORDERED: The Plaintiff's Motion for Leave to File a Reply Brief (Filing No. 22) is granted as follows: The Plaintiff is granted leave to file a reply brief on or before Wednesday, September 5, 2007.

Dated this 13th day of August, 2007.

/s Joseph F. Bataillon
United States District Court Chief Judge